## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GLORIA RODGERS,** | **CASE NO. 8:10CV46** |
| **Plaintiff,** | |
| v. | **MEMORANDUM AND ORDER** |
| **DATA TRANSMISSION NETWORK, TELVENT, CHRIS WHITTINGHILL, AMANDA MARSHALL, and SHERI WASHBURN,** | |
| **Defendants.** | |

Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis (Filing No. 2) is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 19th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge