IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GLORIA RODGERS,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV46 |
| | ) | |
| V. | ) | |
| | ) | |
| **DATA TRANSMISSION** | ) | ORDER |
| **NETWORK, CHRIS** | ) | |
| **WHITTINGHILL, and SHERI** | ) | |
| **WASHBURN,** | ) | |
| | ) | |
| Defendants. | ) | |

This case has been removed from the pro se docket. As such, the court deems it appropriate to revisit the deadlines set in the pro se progression order (filing 39).

Accordingly,

**IT IS ORDERED:**

1. A telephonic status conference will be held with the undersigned on Thursday, June 9, 2011 at 9:30 a.m.;

2. Plaintiff's counsel shall initiate the conference call to chambers.

DATED June 2, 2011.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge