IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA RODGERS,<br><br>      Plaintiff,<br><br>v.<br><br>DATA TRANSMISSION NETWORK, TELVENT, CHRIS WHITTINGHILL, AMANDA MARSHALL and SHERI WASHBURN,<br><br>      Defendants. | No. 8:10-cv-00046<br><br>**ORDER** |

THIS MATTER came before the Court upon the Parties' Joint Motion to Extend/Alter Deadlines in the above-captioned matter (Doc. 117). The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED the Parties' Joint Motion to Extend/Alter Deadlines is granted and certain deadlines contained in the Court's Order granting Defendants' Motion to Require Designations of Discovery Testimony and Discovery Responses Intended to be Utilized at Trial, dated November 8, 2011, and Third Amended Order Setting Final Schedule for Progression of Case, dated November 10, 2011, are extended and altered as follows:

- The Parties shall disclose non-expert witnesses whom will or may be called to testify at trial of this matter no later than April 9, 2012;

- The Parties shall disclose trial exhibits no later than April 9, 2012;

- The Parties shall designate discovery testimony and discovery responses to be utilized at trial of this matter no later than April 9, 2012;

- The Parties shall file any motions in limine no later than April 18, 2012;

- The Parties shall submit objections to designated discovery testimony and discovery responses and/or counter-designations no later than April 13, 2012;

- The Parties shall submit objections to the admissibility of any trial exhibit no later than April 13, 2012;

- The Parties shall physically number and inspect trial exhibits no later than April 20, 2012; and

- The Parties shall submit the pretrial order no later than **Noon on April 20, 2012.**

Dated this 16th day of March, 2012.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge